**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED MUEGEE,

    Plaintiff,

  v.

COURTYARD BY MARRIOTT, SANTA ROSA, RECP/WINDSOR SANTA ROSA VENTURE, L.P., WINDSOR CAPITAL GROUP, RIM PACIFIC SANTA ROSA, LLC, RIM HOTEL GROUP, LLC, THE RIM CORPORATION, and DOES 1 through 50, inclusive,

    Defendants.
                                 /

No. C 06-02855 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **CONTINUES** the case management conference to **MARCH 1, 2007, AT 11:00 A.M.** The joint case management statement is due February 22, 2007.

    **IT IS SO ORDERED.**

Dated: February 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE